**No. 56525.**—Amerex Trading Corp. et al. *v.* United States, protests 169865–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 56526.**—I. Magnin & Co., Inc., et al. *v.* United States, protests 173188–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 56527.**—Air Clearance Assn., Inc., et al. *v.* United States, protests 178141–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.